UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAMIEN HALL,

    Petitioner,

v.

SAN FRANCISCO SUPERIOR COURT,

    Respondent.
_____/

No. C 09-5299 PJH

**ORDER**

    The order on Hall's petition for writ of habeas corpus is being finalized for issuance this week.  Previously, respondent objected that it has been improperly named, and Hall represented that he was housed in the San Francisco County Jail awaiting transfer to the CDCR, and that he would amend to reflect the actual custodian once transfer occurs. To date, Hall has not filed any such amendment.  Hall is ORDERED to file an amended petition reflecting the correct respondent or the parties may file a stipulation advising of the same no later than **Friday, July 30, 2010.**

IT IS SO ORDERED.

Dated: July 26, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge