UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAMIEN HALL,

    Petitioner,

    v.

VINCENT CULLEN, Acting Warden
of San Quentin State Prison,

    Respondent.
_____/

No. C 09-5299 PJH

**JUDGMENT**

    Pursuant to the order granting Hall's federal habeas petition under 28 U.S.C. § 2254 signed today, judgment is entered in favor of petitioner and against respondent. The state shall either initiate trial proceedings against petitioner or release him from custody within ninety days.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: July 29, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge