**United States District Court**
For the Northern District of California

1

2

3

4               UNITED STATES DISTRICT COURT

5             NORTHERN DISTRICT OF CALIFORNIA

6

7

DAMIEN HALL,

8

            Petitioner,                    No. C 09-5299 PJH

9

        v.

10                                         **BRIEFING SCHEDULE FOR
                                           MOTION FOR RELEASE**

11

SAN FRANCISCO SUPERIOR COURT,

12

            Respondent.

13  _____/

14          On July 29, 2010, the court granted petitioner Damien Hall's ("Hall") petition for writ

15  of habeas corpus, and on July 30, 2010, Hall filed a motion for order releasing him on his

16  own recognizance.  Respondent is ordered to file and serve a response to that motion no

17  later than 5:00 p.m. on **Wednesday, August 4, 2010.**  Hall's reply, if any, is due no later

18  than 5:00 p.m. on **Friday, August 6, 2010.**  The court will decide the matter on the papers.

19  **IT IS SO ORDERED.**

20  Dated:   July 30, 2010

21                                          _____

22                                          PHYLLIS J. HAMILTON
                                           United States District Judge

23

24

25

26

27

28