UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAMIEN HALL,

    Petitioner,

    v.

VINCENT CULLEN, Acting Warden of San Quentin State Prison,

    Respondent.
_____/

No. C 09-5299 PJH

**ORDER TO SHOW CAUSE**

On July 29, 2010, the court granted a conditional writ of habeas corpus, and on August 6, 2010 subsequently granted Hall's motion for release. Hall is currently under supervision by the Pretrial Services Office of this court as respondent failed to appeal the court's order with the Ninth Circuit. Pursuant to the court's prior orders, respondent was required to choose whether to commence proceedings to re-try Hall in state court no later than **October 27, 2010,** and to "immediately notify this court when a decision is made."

So far, respondent has not filed the notification. Respondent is ORDERED to notify the court immediately of the status of state court proceedings, if any, so that this court may terminate the supervision of the Pretrial Services.

**IT IS SO ORDERED.**

Dated: November 7, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge